# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSET MARKETING SYSTEMS, INC.,<br><br>  Plaintiff,<br>v.<br><br>GAGNON, ET AL.,<br><br>  Defendants. | Civil No: 03-CV-2234-B(CAB)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION, RETURNING THE CASE TO THE NINTH CIRCUIT AND DEFERRING THE PENDING MOTION ON ATTORNEY COSTS AND FEES** |

On August 25, 2006, the Court granted the motion for summary judgment brought by Plaintiff Asset Marketing Systems, Inc. ("AMS") the counterclaims of Defendant and Counterclaimant Kevin Gagnon ("Gagnon"). Following summary judgment, AMS stipulated to the withdrawal of its counter-counterclaims. Gagnon then filed for interlocutory appeal on the summary judgment on his counterclaims.

At that point, the case was transferred to this Court because of the disability of the prior judge. This Court was initially concerned about the validity of the summary judgment

1  and indicated its desire to reconsider the motion which resulted in the initial grant of
2  summary judgment.  Consequently, the case comes now to this Court on limited remand
3  from the Ninth Circuit to permit this Court to entertain a motion for reconsideration. (Order
4  of the Ninth Circuit April 16, 2007; docket no. 165.)   On August 10, 2007, Gagnon filed
5  with this court a motion for reconsideration of the Court's summary judgment order of
6  August 25, 2006.  Gagnon moves for reconsideration on the issues of implied license as a
7  defense to copyright infringement and to the claims which rely on trade secret
8  misappropriation.  Gagnon also moves for reconsideration on the ruling regarding the
9  validity of the employee work agreements.

10       The Court has now fully considered both parties' briefs on this motion, as well as
11 the original briefing and supporting exhibits to the original summary judgment motion.
12 The Court finds that there are no grounds presented by Defendant which necessitate any
13 change to the Court's August 25, 2006 order.  Defendant presents no new evidence or
14 argument that was not previously considered by the Court.  The Court also finds no
15 showing of error or other circumstance which would justify reconsideration.

16       The Court therefore confirms its order of August 25, 2006 and refers to the recitation
17 of findings and legal reasoning therein.  The Court confirms its prior ruling that AMS had
18 an implied license to the computer programs, and thus a valid defense to copyright
19 infringement.  The Court also confirms its ruling that the computer programs including the
20 source code were not trade secrets and thus no actionable claims for misappropriation
21 against AMS may be maintained.  Finally, since the programs including the source code did
22 not constitute trade secrets, the Court finds that any consideration of the validity
23 employment restraints if there were to be trade secrets is moot.
24 //
25 //
26 //
27 //
28 //

Defendant's motion for reconsideration is therefore **DENIED** and **the case is returned to the Ninth Circuit**. Additionally, as to AMS' pending motion for fees and costs (Docket no. 147), the Court **DEFERS** this motion until the resolution of the appeal.

**IT IS SO ORDERED**

DATED: September 5, 2007

*Rudi M. Brewster*

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc: Hon. Cathy Ann Bencivengo
United States Magistrate Judge

All Counsel of Record